FILED
CLERK, U.S. DISTRICT COURT
10/11/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ASI _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SALVADOR LOPEZ,<br>    aka "Chava,"<br>    aka "chavarana0.14,"<br>    aka "Salvador0.144,"<br><br>        Defendant. | CR No. 2:24-cr-00359(A)-PA<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 922(a)(1)(A):<br>Engaging in the Business of<br>Dealing in Firearms Without a<br>License; 18 U.S.C. § 2114(a):<br>Armed Robbery of Money of the<br>United States] |

    The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

    Beginning on an unknown date, but no later than January 10, 2024, and continuing through on or about May 16, 2024, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant SALVADOR LOPEZ, also known as ("aka") "Chava," aka "chavarana0.14," aka "Salvador0.144," and others known and unknown to the United States Attorney, each aiding and abetting the other, not being licensed as importers, manufacturers, or dealers of firearms, willfully engaged in the business of dealing in firearms,

specifically, the sales of the following firearms on or about the following dates:

| DATE | FIREARM(S) |
|---|---|
| January 17, 2024 | (1) a Springfield Armory, model M1A, 7.62mm rifle, bearing serial number 186736;<br><br>(2) a Weatherby, unknown model, .270-caliber rifle, bearing serial number 346193;<br><br>(3) a Winchester, model 12, 16-gauge shotgun, bearing serial number 871069;<br><br>(4) a Springfield Armory, model M1, 7.62mm rifle, bearing serial number 228262;<br><br>(5) a Franchi, model Affinity 3, 12-gauge shotgun, bearing serial number BL80708Z19;<br><br>(6) a privately manufactured, AR-style rifle, bearing no manufacturer's mark or serial number;<br><br>(7) a privately manufactured, AR-style rifle, bearing no manufacturer's mark or serial number;<br><br>(8) a Smith & Wesson, model 19, .357-caliber revolver, bearing serial number ACB1044;<br><br>(9) a Ruger, model SR1911, .45-caliber pistol, bearing serial number 672-56286;<br><br>(10) a Sig Sauer, model P250, 9mm pistol, bearing serial number EAK142265;<br><br>(11) a Sig Sauer, model P229, .40-caliber pistol, bearing serial number AE35869;<br><br>(12) a Taurus International, model TX22, .22-caliber pistol, bearing serial number 1PT602628; and<br><br>(13) a Glock, Model 23, .40-caliber pistol, bearing serial number RVV403 |
| May 10, 2024 | A CMMG Inc., model MOD4 SA, multi-caliber rifle, bearing serial number SA34637 |
| May 15, 2024 | A Sig Sauer, model 1911, .45 auto caliber pistol, bearing serial number 54B064128 |

COUNT TWO

[18 U.S.C. §§ 2114(a), 2(a), 2(b)]

On or about May 16, 2024, in Los Angeles County, within the Central District of California, defendant SALVADOR LOPEZ, also known as ("aka") "Chava," aka "chavarana0.14," aka "Salvador0.144," and others known and unknown to the United States Attorney, each aiding and abetting the other, knowingly and intentionally robbed, and willfully caused the robbery of, Victim 1, a Confidential Informant assisting an officer of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives in the performance of official duties and a person having lawful charge, custody, and control of property of the United States, of money, that is, approximately $5,000 in U.S. government funds, and in doing so, defendant LOPEZ and others known

///

///

and unknown to the United States Attorney knowingly put the life of Victim 1 in jeopardy by the use of a dangerous weapon, namely, a firearm.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

WILLIAM LARSEN
Assistant United States Attorney
General Crimes Section